FOR WOMEN, Respondent.— Judgment appealed from by the plaintiff John O'Malley, an infant, by his guardian ad litem, John Sterzer, reversed and a new trial ordered, with costs to said appellant to abide the event, upon the ground that the verdict is against the weight of the credible evidence, the action severed, and the judgment appealed from by the plaintiff William Sterzer affirmed, with costs to the respondent against said appellant.  Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

PETER M. O'TOOLE, Respondent, v. UNION RAILWAY COMPANY OF NEW YORK CITY, Appellant.— Judgment affirmed, with costs.  No opinion.  Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEO A. MEYER, Appellant, Impleaded with Others.— Judgment affirmed.  No opinion.  Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

W. E. BLUME, INC., Appellant, v. THE CITY OF NEW YORK, Respondent.— Determination modified by granting a new trial, and as so modified affirmed, with costs to the appellant in this court to abide the event, on the ground that it was error to direct judgment for the defendant when plaintiff had no opportunity to offer evidence in rebuttal of the testimony in support of the allegations pleaded as defenses and counterclaims in the answer.  Present — Finch, P. J., Merrell, Townley and Glennon, JJ.

PEGGY RICH, Appellant, and FRED RICH, Plaintiff, v. MADISON SQUARE GARDEN CORPORATION, a Domestic Corporation, and Another, Respondents, Impleaded with Another.— Judgment affirmed, with costs.  No opinion.  Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. HARRY H. FISHER, Otherwise Known as HYMAN FISHER, Respondent.— Orders affirmed.  No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.; Merrell, J., dissents and votes to reverse and deny the motions.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. HARRY H. FISHER, Otherwise Known as HYMAN FISHER, Respondent.— Orders affirmed.  No opinion.  Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.; Merrell, J., dissents and votes to reverse and deny the motions.

WILLIAM C. FEATHERS, as Sole Surviving Substituted Trustee under a Declaration of Trust, etc., Made by JAMES W. FLEMING and LOUIS W. EMERSON, as to the Rent of Certain Subleases of Portions of Pier New No. 39, North River, City of New York, Assigned to Them by the NEW YORK RAILROAD AND STEAMBOAT TERMINAL COMPANY, INC.  THE DUVAL COMPANY and THE NEW YORK RAILROAD AND STEAMBOAT TERMINAL COMPANY, INC., Appellants, v. THE CENTRAL RAILROAD COMPANY OF NEW JERSEY, Respondent.— Judgment affirmed, with costs.  No opinion.  Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

MARGARET L. DONAHUE, as Committee of the Estate of PETER DONAHUE, Incompetent, Respondent, v. HELEN R. MALONEY, Appellant.— Judgment affirmed, with costs.  No opinion.  Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

WILLIAM KENNELLY, INC., Appellant, v. LOUIS J. EHRET HOLDING CORPORATION and LOUIS J. EHRET, Respondents.— Judgment affirmed, with costs.  No opinion.  Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.